1  Tyler R. Andrews (SBN 250686)
   andrewst@gtlaw.com
2  Roger L. Scott (SBN 247165)
3  scottro@gtlaw.com
   GREENBERG TRAURIG, LLP
4  3161 Michelson Dr., Suite 1000
5  Irvine, CA 92162
   Tel: (949) 732-6500
6  Fax: (949) 732-6501
7
   Attorneys for Defendants
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGFREDO CABRERA and ENKO TELAHUN, as individuals, on behalf of themselves, and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS RX SERVICES, INC., a New York corporation, CVS PHARMACY, INC., a Rhode Island corporation, GARFIELD BEACH CVS, LLC, a California limited liability company, and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-05803<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**<br><br>State Case No.: RG17870184<br><br>State Action Filed: August 3, 2017<br>State Action Served:<br>Sept. 7, 2017 (Garfield Beach CVS, LLC)<br>Sept. 8, 2017 (CVS Rx Services, Inc. and CVS Pharmacy, Inc.) |

CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants, CVS Pharmacy, Inc., CVS RX Services, Inc., and Garfield Beach CVS, LLC certifies and states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: October 9, 2017

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Roger L. Scott
Tyler R. Andrews
Roger L. Scott
Attorneys for Defendants
CVS Pharmacy, Inc., CVS Rx Services, Inc., and Garfield Beach CVS, LLC

## PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On October 9, 2017, I served the **CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**, on the interested parties, addressed as follows:

| | |
|---|---|
| R. Craig Clark, Esq.<br>Dawn M. Berry, Esq.<br>Monique R. Rodriguez, Esq.<br>CLARK LAW GROUP<br>205 West Date Street<br>San Diego, CA 92101<br>Tel: 619.239.1321<br>Fax: 888.273.4554 | Attorneys for Plaintiffs |

Walter Haines, Esq.
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel: 562.256.1047
Fax: 562.256.4554

☒ **[BY MAIL]** By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒ **(BY CM/ECF)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 9, 2017 at Irvine, California.

_Cynthia Aros_
Cynthia Aros

PHI 317860448v1

3
PROOF OF SERVICE