Tyler R. Andrews (SBN CA 250686)
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
andrewst@gtlaw.com

Attorneys for Defendants, CVS Rx Services, Inc., CVS Pharmacy, Inc., Garfield Beach CVS, LLC

James N. Boudreau (Admitted *Pro Hac Vice*)
Christiana Signs (Admitted *Pro Hac Vice*)
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Attorneys for Defendants, CVS Rx Services, Inc., CVS Pharmacy, Inc., Garfield Beach CVS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGFREDO CABRERA and ENKO TELAHUN, as individuals, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS RX SERVICES, INC., a New York corporation, CVS PHARMACY, INC., a Rhode Island corporation, GARFIELD BEACH CVS, LLC, a California limited liability company, and DOES1 to 10, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-05803-WHA<br><br>[Assigned to Hon. William Alsup, Courtroom 12]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, ROGER L. SCOTT**<br><br>State Case No.: RG17870184<br>State Court Complaint Filed: August 3, 2017<br><br>Notice of Removal Filed: October 9, 2017 |

**PLEASE TAKE NOTICE** that Roger L. Scott is no longer affiliated with the law firm of Greenberg Traurig, LLP and hereby withdraws as an attorney of record for Defendants, Attorneys for Defendants, CVS Rx Services, Inc., CVS Pharmacy, Inc., Garfield Beach CVS, LLC, in the above-captioned matter.

It is further requested that Roger L. Scott's name be removed from any applicable service list and that the Clerk terminate all delivery of all CM/ECF notices addressed to his e-mail address in the above-captioned case. Withdrawal of counsel will not cause any prejudice to Defendants, as they will continue to be represented by the undersigned and others at the law firm of Greenberg Traurig, LLP.

DATED: February 8, 2018        Respectfully submitted,

                                                  GREENBERG TRAURIG, LLP

                              By:   */s/Tyler R. Andrews*
                                   Tyler R. Andrews

                                   Attorneys for Defendants, CVS Rx Services, Inc., CVS Pharmacy, Inc., Garfield Beach CVS, LLC

## **CERTIFICATE OF SERVICE**

I, Tyler R. Andrews, an attorney, hereby certify that on February 8, 2018, I caused a complete and accurate copy of the foregoing is to be served via this Court's ECM/ECF notification system, which will serve electronically to all participants in the case.

*/s/Tyler R. Andrews*
Tyler R. Andrews