R. Craig Clark (SBN 129219)
cclark@clarklawyers.com
Monique R. Rodriguez (SBN 204223)
mrodriguez@clarklawyers.com
**CLARK LAW GROUP**
205 West Date Street
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile: (888) 273-4554
*Attorneys for Plaintiffs Cabrera and Telahun*

Walter Haines (SBN 071075)
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-4554
*Attorney for Plaintiff Cabrera*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGFREDO CABRERA and ENKO TELAHUN, as individuals, on behalf of themselves, and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS RX SERVICES, INC., a New York corporation, CVS PHARMACY, INC., a Rhode Island corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-05803-WHA<br><br>[Assigned to Hon. William H. Alsup, Courtroom 12]<br><br>**CLASS & REPRESENTATIVE ACTION**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, JESSICA R. CORRALES**<br><br>Complaint filed: August 3, 2017<br>Action removed: October 9, 2017 |

/ / /

/ / /

/ / /

1
NOTICE OF WITHDRAWAL OF COUNSEL, JESSICA R. CORRALES
3:17-cv-05803-WHA

1 **PLEASE TAKE NOTICE** that Jessica R. Corrales is no longer affiliated with the law firm of Clark Law Group and hereby withdraws as an attorney of record for Plaintiffs Sigfredo Cabrera and Enko Telahun, in the above-captioned matter. Withdrawal of Counsel will not cause any prejudice to Plaintiffs, as they will continue to be represented by the undersigned and all of the attorneys of the law firms of Clark Law Group and United Employees Law Group.

It is further requested that Ms. Corrales' name and email address be removed from any applicable service list and that the Clerk terminate the delivery of any and all CM/ECF notices to Ms. Corrales in the above-captioned case.

Dated: March 8, 2018	**CLARK LAW GROUP**

By: */s/ R. Craig Clark*
R. Craig Clark
Monique R. Rodriguez
*Attorneys for Plaintiffs*

# DECLARATION OF SERVICE
*Sigfredo Cabrera & Enko Telahun v. CVS Rx Services, Inc. et al.*
United States District Court, Northern District of California, Case No. 3:17-cv-05803-WHA

I am employed in the county of San Diego, state of California. I am over the age of 18 and not a party to this action. My business address is 205 West Date Street, San Diego, CA 92101. On March 8, 2018, I served the document(s) described as:

**1. Notice of Withdrawal of Counsel, Jessica R. Corrales.**

On the following interested parties and in the manner as follows:

| | |
|---|---|
| Tyler R. Andrews<br>GREENBERG TRAURIG, LLP<br>3161 Michelson Drive, Suite 1000<br>Irvine, CA 92612<br>Telephone: (949) 7 32-6500<br>Facsimile: (949) 732-6501<br>*Attorney for Defendants* | James N. Boudreau<br>Christina L. Signs<br>GREENBERG TRAUGI, LLP<br>2001 Market Street #2700<br>Philadelphia, PA 19103<br>Telephone: (215) 988-7868<br>Facsimile: (215) 717-5232<br>*Attorneys for Defendants* |

☐ **BY ELECTRONIC ACCESS:** pursuant to Local Rule 5-1, I hereby certify that the above documents were uploaded to the ECF website and will be posted on the Website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT DELIVERY:** by enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 8, 2018, at San Diego, California.

*/s/ Andrea Gorriño*
Andrea Gorriño