IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGFREDO CABRERA, ENKO TELAHUN, and CHRISTINE MCNEELY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS RX SERVICES, INC., a New York corporation, CVS PHARMACY, INC., a Rhode Island corporation, GARFIELD BEACH CVS, LLC, a California limited liability company, and DOES 1 to 10 inclusive,<br><br>Defendants. | No. C 17-05803 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting plaintiffs' motion for final judgment pursuant to FRCP 54(b), **JUDGMENT IS HEREBY ENTERED** in favor of defendants CVS Rx Services, Inc., CVS Pharmacy, Inc., and Garfield Beach CVS, LLC and against plaintiffs Sigfredo Cabrera and Enko Telahun on plaintiffs' ninth claim for relief under California's Private Attorneys General Act of 2004.

**IT IS SO ORDERED.**

Dated: January 2, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE