1  R. Craig Clark (CA SBN 129219)
   cclark@clarklawyers.com
2  Monique R. Rodriguez (CA SBN 304223)
   mrodriguez@clarklawyers.com
3  **CLARK LAW GROUP**
   3258 Fourth Avenue
4  San Diego, CA 92103
   Telephone: (619) 239-1321
5  Facsimile: (888) 273-4554
   *Attorneys for Plaintiffs*
6  [Additional counsel on following page]

7  James N. Boudreau (PA SBN 77891)
   boudreauj@gtlaw.com
8  Christiana Signs (PA SBN 317851)
   signsc@gtlaw.com
9  **GREENBERG TRAURIG, LLP**
   2727 Arch Street, Suite 400
10 Philadelphia, PA 19103
   Telephone: (215) 988-7800
11 Facsimile: (215). 717-5232
   *Attorneys for Defendants*
12 [Additional counsel on following page]

13

14              **UNITED STATES DISTRICT COURT**

15     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| 16 SIGFREDO CABRERA, ENKO TELAHUN, AND CHRISTINE MCNEELY, as individuals, on behalf of themselves, and all other persons similarly situated, | CASE NO.: 3:17-CV-05803-WHA |
|---|---|
| | [Assigned to Hon. William H. Alsup, Courtroom 12] |
| Plaintiffs, | **JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA AND TO CONSOLIDATE THE *CABRERA* ACTION WITH *CHALIAN* ACTION; AND [PROPOSED] ORDER THEREON** |
| v. | |
| CVS RX SERVICES, INC., a New York corporation, CVS PHARMACY, INC., a Rhode Island corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 to 10 inclusive, | |
| Defendants. | |

1
JOINT STIPULATION TO TRANSFER VENUE AND TO CONSOLIDATE WITH THE
*CHALIAN* ACTION AND [PROPOSED] ORDER THEREON

**ADDITIONAL COUNSEL:**

Walter Haines (CA SBN 071075)
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile:  (562) 256-4554
*Attorneys for Plaintiffs*

Tyler R. Andrews (CA SBN 250686)
andrewst@gtlaw.com
**GREENBERG TRAURIG, LLP**
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile:  (949) 732-6501
*Attorneys for Defendants*

Plaintiffs Sigfredo Cabrera, Enko Telahun, and Christine McNeely (collectively, "Plaintiffs") and Defendants CVS Rx Services, Inc., CVS Pharmacy, Inc., and Garfield Beach CVS, LLC (together, "Defendants") stipulate to the following and request the Court enter an order as follows:

WHEREAS, on July 20, 2016, the plaintiff in another matter filed *Sevag Chalian et al. v. CVS Pharmacy, Inc., et al.*, case number 2:16-cv-08979-AB-AGR in the United States District Court, Central District of California ("*Chalian* Action").

WHEREAS, on August 3, 2017, Plaintiff Sigfredo Cabrera filed *Sigfredo Cabrera et al. v. CVS Rx Services, Inc. et al.*, case number 3:17-cv-05803-WHA in the United States District Court, Northern District of California ("*Cabrera* Action").

WHEREAS, the parties have agreed to resolve all claims raised in the *Chalian* Action and the *Cabrera* Action.

WHEREAS, the parties agree that it is in the best interest of all parties and the Court to transfer the *Cabrera* Action to the United States District Court, Central District of California ("Central District") under 28 U.S.C. § 1404. Transferring the *Cabrera* Action to the Central District and consolidating the *Cabrera* Action with the first-filed *Chalian* Action will conserve juridical and private resources, promote efficiency, and is in the interest of justice and avoids the risk of inconsistent or conflicting rulings.

WHEREAS, the Central District is also an appropriate venue for the *Cabrera* Action because Defendants conduct business and have offices in the County of Los Angeles and because the first-filed *Chalian* Action is already pending in the Central District.

WHEREAS, the parties agree that it is in the interests of justice to consolidate the *Cabrera* Action with the *Chalian* Action in the Central District pursuant to Rule 42 of the Federal Rules of Civil Procedure to avoid unnecessary costs and delay.

IT IS HEREBY STIPULATED THAT:

1. The *Cabrera* Action is transferred to the United States District Court, Central District of California pursuant to 28 U.S.C. § 1404.

2. Upon transfer, the parties will move to consolidate the *Cabrera* Action with the first-filed *Chalian* Action pursuant to Rule 42 of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: March 5, 2020                          **CLARK LAW GROUP**

By: _/s/ Monique R. Rodriguez___
R. Craig Clark
Monique R. Rodriguez
*Attorneys for Plaintiffs*

Dated: March 5, 2020                          **GREENBERG TAURIG, LLP**

By: __/s/ James N. Boudreau___
James N. Boudreau
Christiana Signs
*Attorneys for Defendants*

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties and good cause appearing IT IS HEREBY ORDERED that:

1. The *Cabrera* Action shall be transferred to the United States District Court, Central District of California pursuant to 28 U.S.C. § 1404.

2. Upon transfer of the *Cabrera* Action, the parties shall move to consolidate the *Cabrera* Action with the *Chalian* Action.

**IT IS SO ORDERED.**

Dated: __March 9, 2020._____            _____
Hon. William H. Alsup
U.S. District Judge

## SIGNATURE CERTIFICATION

I, Monique R. Rodriguez, hereby certify that the contents of this document are acceptable to counsel for Defendants and that I have obtained counsel for Defendants' authorization to affix their electronic signature to this document.

Dated: March 5, 2020            **CLARK LAW GROUP**

By: _/s/ Monique R. Rodriguez_
R. Craig Clark
Monique R. Rodriguez
*Attorneys for Plaintiffs*