NOTE CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:16-cv-8979-AB-AGR<br><br>*Related Case No.: 2:20-cv-02401-AB-AGR*<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONSOLIDATE THE RELATED ACTIONS OF *CHALIAN V. CVS* AND *CABRERA V. CVS*** |

[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO CONSOLIDATE THE RELATED ACTIONS OF *CHALIAN V. CVS* AND *CABRERA V. CVS*

The Court has considered the Amended Joint Stipulation to Consolidate the Related Actions of *Chalian v. CVS* and *Cabrera v. CVS*, and finds good cause exists to consolidate the following two cases pursuant to Fed. R. Civ. P. 42(a)(2):

*Sevag Chalian v. CVS Pharmacy, Inc., et al.*, Case No. 2:16-cv-08979-AB-AGR; and

*Sigfredo Cabrera, et al. v. CVS Pharmacy, Inc., et al.*, Case No. 2:20-cv-02401-AB-AGR.

*Chalian*, 16-cv-08979-AB-AGR, shall be designated as the lead action. The Court **ORDERS** that all further documents and proceedings must occur under *Chalian*, Case No. 2:16-cv-08979-AB-AGR, and that *Cabrera*, Case No. 2:20-cv-02401-AB-AGR is administratively **CLOSED**.

Plaintiffs are **ORDERED** to file their Proposed Second Amended Consolidated Complaint **within 3 days of the issuance of this order.**

**IT IS SO ORDERED.**

DATED: July 1, 2020

The Honorable André Birotte Jr.
Judge of the United States District Court for the Central District of California

1

[~~PROPOSED~~] ORDER GRANTING AMENDED STIPULATION TO CONSOLIDATE THE RELATED ACTIONS OF *CHALIAN V. CVS* AND *CABRERA V. CVS*